## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 0:20-CV-60149-RS

Plaintiff:
**DOUG LONGHINI**

vs.

Defendant:
**MAUREEN LUBBERS AS TRUSTEE OF THE DECLARATION OF TRUST DATED JANUARY 11, 1993**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L
4937 SW 74TH COURT
SUITE 3
MIAMI, FL 33155

Received by Lindsay Legal Services, Inc on the 24th day of January, 2020 at 11:34 am to be served on **MAUREEN LUBBERS, 14 SENECA RD, FORT LAUDERDALE, FL 33308**

I, FRANCISCO COLON, do hereby affirm that on the **31st day of January, 2020 at 3:25 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MAUREEN LUBBERS** at the address of: **14 SENECA RD, FORT LAUDERDALE, FL 33308**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 85+, Sex: F, Race/Skin Color: WHITE, Height: 5'3, Weight: 160, Hair: S & P, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

*[signature]*

**FRANCISCO COLON**
#593

**Lindsay Legal Services, Inc**
**7105 SW 8th Street**
**Suite 307**
**Miami, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2020000257

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g